| | |
|---|---|
| 1 | KENNETH L. WILTON (State Bar No. 126,557) |
| | JILL A. SCHWARTZ (State Bar No. 178,943) |
| 2 | SMALL LARKIN, LLP |
| | Eighteenth Floor |
| 3 | 10940 Wilshire Boulevard |
| | Los Angeles, California 90024-3945 |
| 4 | Telephone: (310) 209-4400 |
| | Facsimile: (310) 209-4450 |
| 5 | |
| 6 | ALFRED N. GOODMAN |
| | ROYLANCE, ABRAMS, BERDO & GOODMAN, L.L.P. |
| 7 | 1300 19th Street, N.W., Suite 600 |
| | Washington, D.C. 20036-1649 |
| | Telephone: (202) 659-9076 |
| 8 | Facsimile: (202) 659-9344 |
| 9 | Attorneys for Defendant and |
| | Counterclaimant R.F. MacDonald Co. |
| 10 | and Defendant Michael MacDonald |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | BENZ AIR ENGINEERING CO., INC., a corporation; ROBERT BENZ, an individual, | CASE NO. 00-03821 R (RCx) |
| 15 | | [PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT ON PATENT COUNT I OF THE COMPLAINT |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | R.F. MACDONALD CO., a corporation; MICHAEL MACDONALD, an individual, | Date: February 20, 2001 |
| | | Time: 10:00 a.m. |
| 19 | Defendants. | Place: Courtroom of |
| | | Hon. Manuel L. Real |
| 20 | AND RELATED COUNTERCLAIMS | |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

The motion of Defendant and Counterclaimant R.F. MacDonald Co. and Defendant Michael MacDonald (collectively "Defendants") for summary judgment on Patent Count I of the Complaint of Plaintiffs Benz Air Engineering Co., Inc. and Robert Benz (collectively "Plaintiffs") came on for hearing before the Court on February 20, 2001.

Defendants were represented by Alfred N. Goodman of Roylance, Abrams, Berdo & Goodman, L.L.P. and Kenneth L. Wilton of Small Larkin, L.L.P. Plaintiffs were represented by Don Finkelstein of the Law Offices of Don B. Finkelstein.

K:\HOMEDIRS\KLW\7961\2001\PLD\ORDER-SJ PLD

Having considered the memoranda and evidence filed by the parties and the arguments of their counsel, and being fully advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. There is no genuine issue of material fact that Defendants' boiler systems do not perform the process steps of claims 2-8 and 9-15 of Plaintiffs' United States Patent Re. 36,373 (the "'373 Patent"), nor the equivalents thereof.

2. Defendants are entitled to a judgment as a matter of law that their boiler systems do not infringe claims 2-8 and 9-15 of the '373 Patent.

3. There is no genuine issue of material fact that the subject matter of claims 1 and 9 of the '373 Patent were on sale and in public use under 35 U.S.C. § 102(b) more than year before the effective filing date of the '373 patent, and in public use under 35 U.S.C. § 102(a) before the invention thereof by the applicants for the patent.

4. Defendants are entitled to a judgment as a matter of law that claims 1 and 9 of the '373 Patent are invalid, and therefore unenforceable and not infringed.

5. Count I of Plaintiffs' Complaint in this action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: April 2, 2001

_____
Hon. Manuel L. Real
United States District Judge

Presented by:

_____
Kenneth L. Wilton
Attorneys for
Defendant and Counterclaimant
R.F. MACDONALD CO. and
Defendant MICHAEL MACDONALD

SMALL LARKIN, LLP
10940 WILSHIRE BOULEVARD, EIGHTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90024-3945
TELEPHONE (310) 209-4400 • FACSIMILE (310) 209-4450