1 KENNETH L. WILTON (State Bar No. 126,557)
  JILL A. SCHWARTZ (State Bar No. 178,943)
2 SMALL LARKIN, LLP
  Eighteenth Floor
3 10940 Wilshire Boulevard
  Los Angeles, California 90024-3945
4 Telephone: (310) 209-4400
  Facsimile: (310) 209-4450
5
  ALFRED N. GOODMAN
6 ROYLANCE, ABRAMS, BERDO & GOODMAN, L.L.P.
  1300 19th Street, N.W., Suite 600
7 Washington, D.C. 20036-1649
  Telephone: (202) 659-9076
8 Facsimile: (202) 659-9344

9 Attorneys for Defendant and
  Counterclaimant R.F. MacDonald Co.
10 and Defendant Michael MacDonald

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14 BENZ AIR ENGINEERING CO., INC.,        CASE NO. 00-03821 R (RCx)
   a corporation; ROBERT BENZ, an
15 individual,                            [PROPOSED] ORDER ON
                                          DEFENDANTS' MOTION FOR
16              Plaintiffs,               SUMMARY JUDGMENT ON UNFAIR
        v.                                COMPETITION COUNT II OF THE
17                                        COMPLAINT
   R.F. MACDONALD CO., a corporation;
18 MICHAEL MACDONALD, an individual,      Date: May 7, 2001
                                          Time: 10:00 a.m.
19              Defendants.               Place: Courtroom of Judge Real

20
   AND RELATED COUNTERCLAIMS
21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

K:\HOMEDIRS\KLW\7961\2001\PLD\MSJ-ORDER.PLD

The motion of Defendants for summary judgment on Unfair Competition Count II came on for hearing before the Court on May 7, 2001. Defendants were represented by Alfred N. Goodman of Roylance, Abrams, Berdo & Goodman, L.L.P., and Kenneth L. Wilton of Small Larkin, L.L.P. Plaintiffs were represented by Don Finkelstein of the Law Offices of Don B. Finkelstein.

Having considered the memoranda and evidence filed by the parties and the arguments of their counsel, and being fully advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. There is no genuine issue of material fact that Plaintiffs' claims for unfair competition based on trade libel accrued more than three years prior to the filing of this lawsuit.

2. Defendants are entitled to a judgment as a matter of law that Plaintiffs' claims under Count II are barred by the applicable California two year statute of limitations.

3. There is no genuine issue of material fact that Plaintiffs failed to prove damages caused by the allegedly wrongful Technical Brief distributed by Defendants.

4. Defendants are entitled to a judgment as a matter of law that Plaintiffs failed to prove a *prima facie* case of unfair competition based on trade libel and therefore Count II is dismissed.

5. There is no genuine issue of material fact that Plaintiffs unreasonably, inexcusably, and purposefully delayed in filing suit against Defendants for unfair competition based on trade libel resulting in prejudice to the Defendants.

///
///
///
///
///
///
///

K:\HOMEDIRS\KLW\7961\2001\PLD\MSJ-ORDER PLD

6. Defendants are entitled to a judgment as a matter of law that Plaintiffs are guilty of laches in bringing suit against the Defendants and therefore all relief requested in Count II is barred.

7. Count II of Plaintiffs' complaint in this action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: May 14, 2001

_____
Hon. Manuel L. Real
United States District Judge

Presented by:

_____
Kenneth L. Wilton
Attorneys for
Defendant and Counterclaimant
R.F. MACDONALD CO. and
Defendant MICHAEL MACDONALD

SMALL LARKIN, LLP
10940 WILSHIRE BOULEVARD, EIGHTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90024-3945
TELEPHONE (310) 209-4400 • FACSIMILE (310) 209-4450

3

K:\HOMEDIRS\KLW\7961\2001\PLD\MSJ-ORDER.PLD

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Eighteenth Floor, 10940 Wilshire Boulevard, Los Angeles, California 90024-3945. On April 16, 2001, I served a true and correct copy of the following document(s): **[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON UNFAIR COMPETITION COUNT II OF THE COMPLAINT** on the interested parties in this action listed below, in the following manner:

Don B. Finkelstein, Esq.
LAW OFFICES OF DON FINKELSTEIN
3858 Carson Street, Suite 216
Torrance, CA 90503
Telephone: (310) 543-0070
Facsimile: (310) 543-7570

☐   **BY MAIL:** I placed a true copy thereof enclosed in a sealed envelope to each person indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐   **BY FACSIMILE:** I caused the document(s) to be transmitted via facsimile to the facsimile numbers of each person indicated above.

■   **BY PERSONAL SERVICE:** I caused the document(s) to be delivered by personal service to each person indicated above.

☐   **BY FEDERAL EXPRESS:** I caused the document(s) to be delivered by priority overnight, next-business day service to each person indicated above.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed this 16th day of April, 2001, at Los Angeles, California.

_____
Eleanor Elko